No. 12–5264.  HERRERA-MONTES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 12–5333.  CLAY *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 12–5341.  CLEMENTS *v.* ALABAMA STATE BAR.  Sup. Ct. Ala.  Certiorari denied.

No. 12–5380.  SMART *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 12–5594.  LOTCHES *v.* OREGON.  C. A. 9th Cir.  Certiorari denied.

No. 12–5692.  MAGANA *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 12–5735.  LEMONS *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 12–5749.  HUNT *v.* THOMAS, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 12–5883.  KENNEDY *v.* KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 12–6105.  HOUGHTON *v.* CAIN, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 12–6106.  CHESTEEN *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 12–6109.  HURD *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 12–6110.  GLASSER *v.* COLORADO.  Ct. App. Colo.  Certiorari denied.

No. 12–6112.  FIELDS *v.* CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir.  Certiorari denied.